# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| CARLEN, BRYCE E. § | Case No. 13-03316 |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/03/2013 . The undersigned trustee was appointed on 04/03/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 7,208.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 60.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 3,111.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,037.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was  08/28/2013  and the deadline for filing governmental claims was  09/30/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,024.25 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,024.25 , for a total compensation of $ 1,024.25 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 84.65 , for total expenses of $ 84.65 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2014                     By:             /s/ELLEN K. FUJAWA
               ELLEN K. FUJAWA
               Office of Ellen K. Fujawa
               P.O. Box 668
               Zionsville, IN 46077
               Phone: (317) 203-3233
               Fax:
               Email: ellenfujawa@gmail.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No: | 13-03316 FJO   Judge: FRANK J. OTTE | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | CARLEN, BRYCE E. | Date Filed (f) or Converted (c): | 04/03/13 (f) |
| | | 341(a) Meeting Date: | 05/24/13 |
| For Period Ending: | 05/20/14 | Claims Bar Date: | 08/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1691 Rosewood Drive Avon, IN 46123 | 145,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 25.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking account and savings account - Credit Unio | 310.00 | 0.00 | OA | 0.00 | FA |
| 4. Couch, TV, DVD Player, Vacuum Cleaner | 385.00 | 0.00 | OA | 0.00 | FA |
| 5. personal clothing items | 60.00 | 0.00 | OA | 0.00 | FA |
| 6. R/C Truck | 25.00 | 0.00 | OA | 0.00 | FA |
| 7. 2008 GMC Acadia | 16,784.00 | 0.00 | OA | 0.00 | FA |
| 8. 2004 Buick Park Ave. | 3,415.00 | 0.00 | OA | 0.00 | FA |
| 9. Work Tools | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Health Savings Plan | 1,575.70 | 0.00 | OA | 0.00 | FA |
| 11. 2013 federal and state tax refunds pro-rated (u) | 0.00 | 1,829.36 | | 4,940.36 | 0.00 |
| 12. Preferential payment to insider creditors (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 13. Cummins Cross employment bonus for pre-pet (u) | 0.00 | 267.64 | | 267.64 | FA |
| 14. Potential preference/avoidance actions (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $168,579.70 | $4,097.00 | | $7,208.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Insider creditor mailed to Debtor 10-17-13 with copy to attorney

IRS intercept form mailed 10-15-13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 17.05d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 13-03316 FJO  Judge: FRANK J. OTTE | | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | CARLEN, BRYCE E. | | Date Filed (f) or Converted (c): | 04/03/13 (f) |
| | | | 341(a) Meeting Date: | 05/24/13 |
| | | | Claims Bar Date: | 08/28/13 |

Initial Projected Date of Final Report (TFR): 05/30/14    Current Projected Date of Final Report (TFR): 05/30/14

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-03316 -FJO | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | CARLEN, BRYCE E. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******4134  Checking Account |
| Taxpayer ID No: | *******0542 | | |
| For Period Ending: | 05/20/14 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/13 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1241-000 | 100.00 | | 100.00 |
| 12/03/13 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1241-000 | 100.00 | | 200.00 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 190.00 |
| 12/29/13 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1241-000 | 100.00 | | 290.00 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 280.00 |
| 02/03/14 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1241-000 | 100.00 | | 380.00 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 370.00 |
| 03/03/14 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1224-000 | 100.00 | | 470.00 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 460.00 |
| 03/31/14 | 12 | BRYCE E. CARLEN<br>1803 Hazel Dell Road<br>Greenup, IL  62428 | Preference payment | 1241-000 | 100.00 | | 560.00 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 550.00 |
| 04/16/14 | | DEPARTMENT OF TREASURY | Tax Refund | | 6,608.00 | | 7,158.00 |
| | 11 | DEPARTMENT OF TREASURY | Memo Amount:     4,940.36<br>Tax Refund | 1224-000 | | | |
| | 12 | DEPARTMENT OF TREASURY | Memo Amount:     1,400.00<br>Preference payment | 1241-000 | | | |
| | | | Page Subtotals | | 7,208.00 | 50.00 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-03316 -FJO | | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | CARLEN, BRYCE E. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******4134  Checking Account |
| Taxpayer ID No: | *******0542 | | | |
| For Period Ending: | 05/20/14 | | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 13 | DEPARTMENT OF TREASURY | Memo Amount:   267.64  Employment Bonus Check | 1229-000 | | | |
| 04/27/14 | 400001 | BRYCE E. CARLEN  1803 Hazel Dell Road  Greenup, IL  62428 | Non Estate Funds | 8500-002 | | 3,111.00 | 4,047.00 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,037.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 6,608.00 | COLUMN TOTALS | | 7,208.00 | 3,171.00 | 4,037.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 7,208.00 | 3,171.00 | |
| Memo Allocation Net: | 6,608.00 | Less:  Payments to Debtors | | | 3,111.00 | |
| | | Net | | 7,208.00 | 60.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 6,608.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********4134 | 7,208.00 | 60.00 | 4,037.00 |
| Total Memo Allocation Net: | 6,608.00 | | 7,208.00 | 60.00 | 4,037.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      3,121.00

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 20, 2014 |

Case Number: 13-03316  
Debtor Name: CARLEN, BRYCE E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1<br>070<br>7100-00 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296 | Unsecured | | $3,488.64 | $0.00 | $3,488.64 |
| 2<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $772.76 | $0.00 | $772.76 |
| 3<br>070<br>7100-00 | Duke Energy Shared Services, Inc.<br>P.O. Box 1321 DEC45A<br>Legal Bankruptcy<br>Charlotte NC 28201 | Unsecured | | $527.63 | $0.00 | $527.63 |
| 4<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $1,408.14 | $0.00 | $1,408.14 |
| 5<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $2,398.50 | $0.00 | $2,398.50 |
| 6<br>070<br>7100-00 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $1,199.60 | $0.00 | $1,199.60 |
| | Case Totals: | | | $9,795.27 | $0.00 | $9,795.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-03316
Case Name: CARLEN, BRYCE E.
Trustee Name: ELLEN K. FUJAWA

| | | |
|---|---|---|
| Balance on hand | $ | 4,037.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ELLEN K. FUJAWA | $ 1,024.25 | $ 0.00 | $ 1,024.25 |
| Trustee Expenses: ELLEN K. FUJAWA | $ 84.65 | $ 0.00 | $ 84.65 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,108.90 |
| Remaining Balance | $ 2,928.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,795.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Compass Bank | $ 3,488.64 | $ 0.00 | $ 1,042.86 |
| 2 | American InfoSource LP as agent for | $ 772.76 | $ 0.00 | $ 231.00 |
| 3 | Duke Energy Shared Services, Inc. | $ 527.63 | $ 0.00 | $ 157.72 |
| 4 | Sallie Mae | $ 1,408.14 | $ 0.00 | $ 420.94 |
| 5 | American Express Centurion Bank | $ 2,398.50 | $ 0.00 | $ 716.98 |
| 6 | United Consumer Financial Services | $ 1,199.60 | $ 0.00 | $ 358.60 |

Total to be paid to timely general unsecured creditors   $ 2,928.10

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE